COPY

THOMAS E. KENT, ESQ. SBN107238
LEE & KENT
3250 Wilshire Boulevard, Suite 1700
Los Angeles, California 90010
Telephone: (213) 380-2828
Facsimile: (213) 380-2826

Attorney for Defendant

Priority
X Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
FEB 16 2001
CENTRAL DISTRICT OF CALIFORNIA
BY

LODGED
CLERK, U.S. DISTRICT COURT
FEB 13 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN MORENO,

Plaintiff,

vs.

JUNG HWANG; SONIA HWANG; KENNETH A. QUON; KAREN A. QUON; AND DOES 1 through10, inclusive,

Defendant

Case No.: CV00-13371 RSWL (Wx)

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; (Proposed) ORDER THEREON

ENTERED ON ICMS
FEB 20 2001

IT IS HEREBY STIPULATED by and between Plaintiff, Juan Moreno ("Plaintiff") and Defendants Jung Do Hwang and Sonia Hwang (hereinafter collectively "Defendants"), through their counsel of record, that the last day by which Defendants shall respond to the Complaint in this action shall be extended from February 14, 2001 to March 30, 2001.

Good cause exists for this extension of time to respond in that Defendants believe that they have liability insurance coverage with regard to some or all of the claims for relief made subject of Plaintiff's Complaint. Defendants require additional time to notify their liability insurance carrier and to tender the defense of

3

this action. This Stipulation is therefore made in the interests of justice and judicial economy.

Accordingly, the parties have entered into this Stipulation for an extension of approximately forty six (46) days for Defendants to file their response.

Dated: February 7, 2001

LAW OFFICES OF LEE & KENT

By: THOMAS E. KENT, ESQ.
Attorneys for Defendants

Dated: February , 2001

CENTER FOR DISABILITY ACCESS, LLP

By: MARK D. POTTER, ESQ.
Attorneys for Plaintiff

ORDER

**Good Cause Appearing Therefor, It Is So Ordered.**

RONALD S W LEW

**HONORABLE ~~CARLA M. WOEHRLE~~** RONALD S. W. LEW
**UNITED STATES DISTRICT COURT JUDGE**

this action. This Stipulation is therefore made in the interests of justice and judicial economy.

Accordingly, the parties have entered into this Stipulation for an extension of approximately forty six (46) days for Defendants to file their response.

Dated: February 7, 2001

LAW OFFICES OF LEE & KENT

By: THOMAS E. KENT, ESQ.
Attorneys for Defendants

Dated: February 13, 2001

CENTER FOR DISABILITY ACCESS, LLP

By: MARK D. POTTER, ESQ.
Attorneys for Plaintiff

ORDER

Good Cause Appearing Therefor, It Is So Ordered.

HONORABLE CARLA M. WOEHRLE
UNITED STATES DISTRICT COURT JUDGE

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF**

I have read the foregoing ______________________________ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner ________ ☐ a ______________ of ______________

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for ______________________________

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on ______________, at ______________, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

______________________________ ______________________________
Type or Print Name Signature

## PROOF OF SERVICE

1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** LOS ANGELES

I am employed in the county of LOS ANGELES, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 3250 WILSHIRE BOULEVARD #1700, LOS ANGELES, CA 90010

On, FEBRUARY 12, 2001 I served the foregoing document described as STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; (Proposed) ORDER THEREON.

on THE INTERESTED PARTIES in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[X] by placing ☐ the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

MARK D. POTTER, ESQ.
CENTER FOR DISABILITY ACCESS
2535 KETTNER BLVD. #2A5
SAN DIEGO, CALIFORNIA 92101-1253

[X] **BY MAIL**

[X] *I deposited such envelope in the mail at LOS ANGELES, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at LOS ANGELES California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on FEBRUARY 12, 2001, at LOS ANGELES, California.

☐ **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on ______________, at ______________, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MIMI CHO ______________________________
Type or Print Name Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)

**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)